Robert Solomon, Esq.
650 From Road, Suite 240
Paramus, NJ 07652
Tel: (201) 261-1700
Fax: (201) 549-6236
Email: rsolomon@callagylaw.com
*Attorneys for Petitioner*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TV Seshan, MD PC<br><br>    Petitioner,<br><br>v.<br><br>CDPHP Universal Benefits<br><br>    Respondent. | Civil Action No. 1:25-cv-04384-NRB<br><br>**ORDER GRANTING PETITIONER'S NOTICE OF VOLUNTARY DISMISSAL <u>WITH</u> PREJUDICE** |

Upon request of Petitioner and good cause appearing,

**IT IS HEREBY ORDERED** that this action be and hereby is dismissed <u>with</u> prejudice in its entirety. The clerk is directed to close this action.

IT IS SO ORDERED.

Dated: October 22, 2025

_____
Judge, United States District Court